*Order Filed on 8/17/2009 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JL-5525)<br>J. Alex Kress, Esq. (JK-7189)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, New Jersey 07962<br>(973) 538-0800<br><br>Proposed Counsel to the Debtor | |
| In re:<br><br>CECERE ASSOCIATES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. _____<br><br>Hon. _____, U.S.B.J. |

**ORDER AUTHORIZING RETENTION OF RIKER DANZIG SCHERER
HYLAND & PERRETTI LLP AS COUNSEL TO THE DEBTOR**

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: 8/17/2009**

_____
Honorable Donald H. Steckroth
United States Bankruptcy Judge

In re:     <u>Cecere Associates, L.L.C.</u>

Case No.     _____

Applicant     <u>Debtor</u>

(check all that apply)   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13

☒ Debtor:    ☒ Chap. 11    ☐ Chap. 13

☐ Official Committee of Unsecured Creditors

Name of Professional:     <u>Riker Danzig Scherer Hyland & Perretti LLP</u>

Address of Professional:     <u>1 Speedwell Avenue</u>

<u>Headquarters Plaza</u>

<u>Morristown, New Jersey 07962</u>

☒ Attorney for (check all that apply):

    ☐ Trustee     ☒ Debtor in Possession

    ☐ Official Committee of Unsecured Creditors

☐ Accountant for:

    ☐ Trustee     ☐ Debtor in Possession

    ☐ Official Committee of

☐ Other Professional:

    ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer

    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the application was filed with the Court.

3971455.1

2

*Approved by Judge Donald H. Steckroth August 17, 2009*