RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JL-5525)
J. Alex Kress, Esq. (JK-7189)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962
(973) 538-0800

Counsel to the Debtors

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CECERE ASSOCIATES, L.L.C., and CECERE REALTY ASSOC., LLC,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 09-30759 and 09-30760<br><br>Hon. Donald H. Steckroth, U.S.B.J.<br><br>(JOINT ADMINISTRATION MOTION PENDING)<br><br>**Hearing Date: September 15, 2009 at 10:00 a.m.** |

NOTICE OF MOTION PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004 FOR AN ORDER (I) ESTABLISHING AND APPROVING BIDDING PROCEDURES WITH RESPECT TO THE SALE OF REAL PROPERTY OF THE DEBTORS AND (II) APPROVING A SALE FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS

**TO: ALL CREDITORS ON THE ATTACHED SERVICE LIST**

**CECERE ASSOCIATES, L.L.C.** and **CECERE REALTY ASSOCIATES, LLC** (the "Debtors") have filed papers with the Court for (i) entry of an Order pursuant to sections 105(a) and 363 of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") establishing and approving bidding procedures with respect to the sale of the Debtors' real property free and clear of liens, claims, encumbrances and interests ("Part I of the Motion"), and (ii) entry of an order at the Sale Hearing approving the sale of the Debtors' real property and certain other assets free and clear of all liens, claims, encumbrances and interests pursuant to Bankruptcy Code § 363 ("Part II of the Motion", and collectively with Part I of the Motion, the "Motion"). (A copy of the Motion is enclosed with this Notice.)

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant Part I of the Motion and issue the Order Establishing and Approving Bidding Procedures With Respect to Substantially All of the Debtors' Assets submitted with the Motion or if you want the Court to consider your views on Part I of the Motion then, on or before September 8, 2009, you or your attorney must:

- File an objection, pursuant to D.N.J. LBR 9013-1(d) stating with specificity the basis for such objection, with the Clerk of the Bankruptcy Court at:

    United States Bankruptcy Court
    District of New Jersey
    Martin Luther King, Jr. Federal Building
    50 Walnut Street
    Newark, New Jersey 07102

    If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

- Deliver a copy of your response (a) to counsel to Cecere Associates, LLC and Cecere Realty Associates, LLC, at the following address: Riker, Danzig, Scherer, Hyland & Perretti LLP, Attn: J. Alex Kress, Esq., One Speedwell Avenue, Morristown, New Jersey 07962-1981 phone: (973) 538-0800, fax: (973) 538-1984, e-mail: akress@riker.com and (b) to all parties on the attached service list, so as to be received on or before September 8, 2009.

- Attend the hearing scheduled to be held on September 15, 2009, at 10:00 a.m. before The Honorable Donald H. Steckroth, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3B, Newark, New Jersey 07102.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in Part I of the Motion and may enter the Orders granting the relief sought in Part I of the Motion. Pursuant to D.N.J. LBR 9013-1(a), unless objections are timely presented, Part I of the Motion shall be deemed uncontested in accordance with Local Rule 9013-1(a), and the relief requested may be granted without a hearing.

        RIKER DANZIG SCHERER HYLAND &
        PERRETTI LLP
        Counsel for the Debtors

        By:     /s/ J. Alex Kress
              J. Alex Kress

Dated: August 21, 2009

3971587.2

# In re: Cecere Associates, L.L.C. and Cecere Realty Assoc., LLC
## Case Nos. 09-30759 (DHS) and 09-30760 (DHS)
### Service List

| | |
|---|---|
| AC&R, Inc.<br>195 Richards Ave.<br>Dover, NJ 07801 | Advanta<br>PO Box 30715<br>Salt Lake City, UT 84130-0715 |
| American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express<br>PO Box 6618<br>Omaha, NE 68105-0618 |
| American Express<br>c/o NCO Financial Systems<br>507 Prudential Rd.<br>Horsham, PA 19044 | AT&T<br>PO Box 78522<br>Phoenix, AZ 85062-8522 |
| Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Citi Cards<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |
| Coca-Cola<br>68 Annex<br>PO Box 102190<br>Atlanta, GA 30368-0190 | County of Morris<br>PO Box 900<br>Morristown, NJ 07963-0900 |
| D&A Associates<br>271 Rt. 46 West<br>Fairfield, NJ 07004 | High Technology Fire & Security Systems<br>3 Millpond Ct.<br>Randolph, NJ 07869 |
| IRS<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | NJ Division of Taxation<br>Revenue Processing Center<br>PO Box 194<br>Trenton, NJ 08647-0194 |

| | |
|---|---|
| James and Debbie Hodgins<br>104 Prospect Street<br>Boonton, NJ  07005 | Robert E. Nies, Esq.<br>Wolff & Samson PC<br>One Boland Drive<br>West Orange, Nj 07052-3686 |
| New Jersey Natural Gas<br>PO Box 1378<br>Wall, NJ 07715-0001 | Petro Mechanics, Inc.<br>18 Prices Ln.<br>Lafayette, NJ 07848 |
| PFI t/a Northwest Petroleum<br>706 Route 15 South<br>Suite 201B<br>Lake Hopatcong, NJ 07849 | Pitney Bowes<br>PO Box 908<br>Shelton, CT 06484 |
| Pitney Bowes<br>PO Box 856460<br>Louisville, KY 40285-6460 | Porzio, Bromberg & Newman, PC<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997 |
| Town of Boonton<br>100 Washington Street<br>Boonton, NJ 07005 | State of New Jersey<br>NJ Division of Taxation<br>Revenue Processing Center<br>PO Box 194<br>Trenton, NJ 08647-0194 |
| US Bank<br>PO Box 108<br>Saint Louis, MO 63166-9801 | Verizon<br>c/o Harvard Collection Services, Inc.<br>4839 N. Elston Ave.<br>Chicago, IL 60630-2534 |
| Waste Management<br>PO Box 13648<br>Philadelphia, PA 19101-3648 | Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94163 |

| | |
|---|---|
| Wachovia<br>Mail Code VA7391<br>PO Box 13327<br>Roanoke, VA 247040 | Ralph J. Marra, Jr, Esq.<br>Newark U.S. Attorney's Office<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102 |
| Anne Milgram, Esq.<br>Office of The Attorney General<br>Richard J. Hughes Justice Complex<br>8th Floor, West Wing<br>25 Market Street<br>Trenton, NJ 08625-0080 | JCP&L<br>PO Box 3687<br>Akron, OH 44309-3687 |
| Landmark CSA<br>1268 North River Road<br>Suite 2<br>PO Box 4302<br>Warren, OH 44483 | Peter Iannarella, Esq.<br>139 Lakeview Avenue<br>Clifton, NJ 07011 |