| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>RIKER, DANZIG, SCHERER, HYLAND &<br>PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JL-5525)<br>J. Alex Kress, Esq. (JK-7189)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, New Jersey 07962<br>(973) 538-0800<br><br>Proposed Counsel to the Debtors | FILED<br>JAMES J. WALDRON, CLERK<br>SEP 15 2009<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
|---|---|
| In re:<br><br>CECERE ASSOCIATES, L.L.C. and CECERE REALTY ASSOC., LLC,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 09-30759 and 09-30760<br><br>Hon. Donald H. Steckroth, U.S.B.J. |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

9/15/09

Name of Debtors:       Cecere Associates L.L.C. and Cecere Realty Assoc., LLC
Case Nos.:             09-30759 and 09-30760
Caption of Order:      Order Directing Joint Administration of Cases
Page 2 of 2

Upon the motion/application of CECERE ASSOCIATES, L.L.C. and CECERE REALTY ASSOCIATES, LLC, debtors in the above captioned cases (the "Debtors"), for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the following cases for procedural purposes only: 09-30759 and 09-30760 (the "Motion"); and for good cause shown,

IT IS, on the date hereof, ORDERED as follows:

1. The Debtors cases listed above shall be jointly administered by the court.

2. Case number 09-30759 shall be designated as the lead case.

3. Nothing contained in this Order or in the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors or their above-captioned cases.

4. This Order shall be filed in each of the above-captioned cases.

3971860.2