B 6H (Official Form 6H) (12/07)

In re  Cecere Associates, L.L.C.         ,          Case No.  09-30759 (DHS)
                **Debtor**                                                                    (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cecere Realty Assoc., LLC<br>3 Lalique Drive<br>Montville, NJ 07045 | Marina Cecere<br>3 Lalique Drive<br>Montville, NJ 07045 |
| Cecere Realty Assoc., LLC<br>3 Lalique Drive<br>Montville, NJ 07045 | Michael Cecere<br>3 Lalique Drive<br>Montville, NJ 07045 |
| Cecere Realty Assoc., LLC<br>3 Lalique Drive<br>Montville, NJ 07045 | D & A Associates<br>271 Rt. 46 West<br>Fairfield, NJ 07004 |
| Cecere Realty Assoc., LLC<br>3 Lalique Drive<br>Montville, NJ 07045 | James and Debbie Hodgins<br>104 Prospect Street<br>Boonton, NJ 07005 |
| Cecere Realty Assoc., LLC<br>3 Lalique Drive<br>Montville, NJ 07045 | Petro Mechanics, Inc.<br>18 Prices Ln.<br>Lafayette, NJ 07848 |
| Cecere Realty Assoc., LLC<br>3 Lalique Drive<br>Montville, NJ 07045 | PFI Inc. d/b/a Northwest Petroleum<br>706 Route 15 South<br>Suite 201B<br>Lake Hopatcong, NJ 07849 |
| Cecere Realty Assoc., LLC<br>3 Lalique Drive<br>Montville, NJ 07045 | Porzio, Bromberg & Newman, PC<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997 |
| Marina Cecere<br>3 Lalique Drive<br>Montville, NJ 07045 | PFI Inc. d/b/a Northwest Petroleum<br>706 Route 15 South<br>Suite 201B<br>Lake Hopatcong, NJ 07849 |

B 6H (Official Form 6H) (12/07)

In re  Cecere Associates, L.L.C.                ,                    Case No. 09-30759 (DHS)
                **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Cecere<br>3 Lalique Drive<br>Montville, NJ 07045 | PFI Inc. d/b/a Northwest Petroleum<br>706 Route 15 South<br>Suite 201B<br>Lake Hopatcong, NJ 07849 |