

Order Filed on
04/19/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>RIKER, DANZIG, SCHERER, HYLAND<br>  & PERRETTI LLP<br>Joseph L. Schwartz, Esq. (JL-5525)<br>J. Alex Kress, Esq. (JK-7189)<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, New Jersey 07962<br>(973) 538-0800<br><br>Counsel to the Debtor | |
| In re:<br><br>CECERE ASSOCIATES, L.L.C.,<br><br>                                 Debtor. | Chapter 11<br><br>Case Nos. 09-30759<br><br>Hon. Donald H. Steckroth, U.S.B.J. |

## ORDER DENYING MOTION TO CONVERT OR DISMISS

For the reasons set forth on the record of the hearing held on April 13, 2010, the relief set forth in paragraphs 1 through 4 on the following page numbered two (2), is hereby ORDERED.

**DATED: 04/19/2010**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Cecere Associates, L.L.C. |
| Case Nos.: | 09-30759 |
| Caption of Order: | Order Denying Motion To Convert Or Dismiss |
| Page: | 2 of 2 |

THIS MATTER having been opened to the Court upon the Motion of the Acting United States Trustee for an Order Converting the Case to Chapter 7, or in the Alternative, Dismissing the Case, Pursuant to 11 U.S.C. § 1112(b) [Docket No. 49] (the "Motion") submitted by the Office of the United States Trustee for Region 3 (the "US Trustee"); and the Court having considered the Motion and the Debtors' Response to United States Trustee's Motion to Convert or Dismiss Pursuant to 11 U.S.C. § 1112(b) [Docket No. 62] and the arguments of counsel at the hearing conducted on April 13, 2010, at 10:00 am (the "Hearing"); and for the reasons set forth on the record of the Hearing, and for good cause shown,

IT IS hereby ORDERED as follows:

1. The Motion be, and hereby is, DENIED without prejudice.

2. Cecere Associates, L.L.C. and/or Cecere Realty Assoc., LLC (together, the "Debtors") shall provide the US Trustee with proof of insurance of the real property located at 651 Myrtle Avenue (Block 72.01, Lot 1), Boonton Township, Morris County, New Jersey on or before the close of business on Friday, April 16, 2010.  If the Debtors do not provide proof of insurance by that date, the case shall be converted to one under Chapter 7 upon the request of the US Trustee.

3. The Debtors shall finalize and submit to the Court on or before April 30, 2010, an Order establishing bidding procedures with respect to the sale of the Debtors' assets.

4. Counsel to the Debtors shall serve a copy of this Order on all parties in interest within ____ days of its receipt of an entered copy of this Order.

4033736.1

*Approved by Judge Donald H. Steckroth April  19, 2010*