RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JL-5525)
J. Alex Kress, Esq. (JK-7189)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962
(973) 538-0800

Counsel to the Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| CECERE ASSOCIATES, L.L.C., and CECERE REALTY ASSOC., LLC, | Case Nos. 09-30759 and 09-30760 (jointly administered) |
| Debtors. | **CERTIFICATION OF SERVICE** |

KEVIN J. LARNER, of full age, hereby certifies and states as follows:

1. I am an associate at the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, counsel to the Debtors, Cecere Associates, L.L.C. and Cecere Realty Assoc., LLC (the "Debtors").

2. I certify that on September 23, 2010, I caused a copy of the Debtors' Disclosure Statement, along with all exhibits thereto and a Ballot for accepting or rejecting the Debtors' First Amended Plan of Liquidation, to be served via first class mail upon all parties required to be served under Fed. R. Bankr. P. 3017(d), as indicated on the attached Service List.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct.

By: /s/ Kevin J. Larner
Kevin J. Larner

Dated: September 27, 2010

4076908.1

## In re: Cecere Associates, L.L.C. and Cecere Realty Assoc., LLC
## Case Nos. 09-30759 (DHS) and 09-30760 (DHS)
## <u>Service List</u>

| | |
|---|---|
| AC&R, Inc.<br>195 Richards Ave.<br>Dover, NJ 07801 | Advanta<br>PO Box 30715<br>Salt Lake City, UT 84130-0715 |
| American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 | American Express<br>PO Box 6618<br>Omaha, NE 68105-0618 |
| American Express<br>c/o NCO Financial Systems<br>507 Prudential Rd.<br>Horsham, PA 19044 | AT&T<br>PO Box 78522<br>Phoenix, AZ 85062-8522 |
| Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Citi Cards<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |
| Coca-Cola<br>68 Annex<br>PO Box 102190<br>Atlanta, GA 30368-0190 | County of Morris<br>PO Box 900<br>Morristown, NJ 07963-0900 |
| D&A Associates<br>271 Rt. 46 West<br>Fairfield, NJ 07004 | High Technology Fire & Security Systems<br>3 Millpond Ct.<br>Randolph, NJ 07869 |
| IRS<br>Centralized Insolvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 | NJ Division of Taxation<br>Revenue Processing Center<br>PO Box 194<br>Trenton, NJ 08647-0194 |

| | |
|---|---|
| James and Debbie Hodgins<br>104 Prospect Street<br>Boonton, NJ 07005 | Michael Gaus, Esq.<br>Lucas & Gaus<br>61 Spring Street, Suite 4<br>Newton, NJ 07860-2072 |
| New Jersey Natural Gas<br>PO Box 1378<br>Wall, NJ 07715-0001 | Petro Mechanics, Inc.<br>18 Prices Ln.<br>Lafayette, NJ 07848 |
| PFI t/a Northwest Petroleum<br>706 Route 15 South<br>Suite 201B<br>Lake Hopatcong, NJ 07849 | Pitney Bowes<br>PO Box 908<br>Shelton, CT 06484 |
| Pitney Bowes<br>PO Box 856460<br>Louisville, KY 40285-6460 | Porzio, Bromberg & Newman, PC<br>Attn: Warren J. Martin, Esq.<br>Terri Jane Freedman, Esq.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997 |
| Town of Boonton<br>100 Washington Street<br>Boonton, NJ 07005 | State of New Jersey<br>NJ Division of Taxation<br>Revenue Processing Center<br>PO Box 194<br>Trenton, NJ 08647-0194 |
| US Bank<br>PO Box 108<br>Saint Louis, MO 63166-9801 | Verizon<br>c/o Harvard Collection Services, Inc.<br>4839 N. Elston Ave.<br>Chicago, IL 60630-2534 |
| Waste Management<br>PO Box 13648<br>Philadelphia, PA 19101-3648 | Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94163 |

| | |
|---|---|
| Wachovia<br>Mail Code VA7391<br>PO Box 13327<br>Roanoke, VA 247040 | State of New Jersey<br>Div. of Taxation<br>PO Box 245<br>Trenton, NJ 08695 |
| Avaya<br>14400 Hertz Quail Spring Pkwy.<br>Oklahoma City, OK 73134 | JCP&L<br>PO Box 3687<br>Akron, OH 44309-3687 |
| Landmark CSA<br>1268 North River Road<br>Suite 2<br>PO Box 4302<br>Warren, OH 44483 | Henry J Lutz Esq.<br>2020 Clinton St.<br>Linden, NJ 07036 |
| Herold Real Estate Companies<br>480 Passaic Street<br>Hackensack, NJ 07601 | The ALKOVA Group<br>1000 Portside Drive<br>Edgewater, NJ 07020 |
| Thomas A. Maoli<br>Stephanie A. Maoli, Esq.<br>85 Roxitcus Road<br>Far Hills, NJ 07931 | North Fork Bank (Capital One)<br>Attn: William Curran<br>275 Broad Hollow Road<br>Melville, NY 11747-4808 |
| Manjit Singh and Ravinder Kaur<br>98 Steadwick Drive<br>Budd Lake, NJ 07828 | Joe Matthew Perumatti<br>Realty Mart Inc.<br>426 Hudson Street<br>Hackensack, NJ 07601 |
| Evergreen Commercial Real Estate<br>13 Old Bloomfield Aveune<br>Pine Brook, NJ 07058 | Jim Beneau<br>Farmbrook Realty<br>670 Main Road<br>Towaco, NJ 07082 |

| | |
|---|---|
| Henry Ramer, Esq.<br>Williams Caliri Miller & Otley<br>1428 Route 23<br>Wayne, NJ 07470 | State of New Jersey<br>Division of Employer Accounts<br>PO Box 379<br>Trenton, NJ 08625-0379 |
| Michael Cecere<br>3 Lalique Drive<br>Montville, NJ 07045 | US Bank<br>Cust. Sass. Muni. V DTR<br>1185 Avenue of the America<br>18th Floor<br>New York, NY 10036 |
| Marina Cecere<br>3 Lalique Drive<br>Montville, NJ 07045 | George Johnson, Esq.<br>Johnson & Johnson<br>33 East Blackwell<br>Dover, NJ 07801 |
| Exxon Mobil Oil Corporation<br>Attn: US Fuels Credit Supervisor<br>436 Creamery Way, Suite 300<br>Exton, PA 19341 | Donald F. MacMaster , Esq.<br>Office of the United States Trustee<br>One Newark Ctr, Suite 2100<br>Newark, NJ 07102 |

4074592.1