RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Joseph L. Schwartz, Esq. (JS-5525)
J. Alex Kress, Esq. (JK-7189)
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962
(973) 538-0800

Counsel to the Debtors

**FILED**
JAMES J. WALDRON, CLERK
OCT 2 1 2010
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: <br><br> CECERE ASSOCIATES, L.L.C., and <br> CECERE REALTY ASSOC., LLC, <br><br> Debtors. | Chapter 11 <br><br> Jointly Administered <br> Case Nos. 09-30759 and 09-30760 <br><br> Hon. Donald H. Steckroth, U.S.B.J. |

**ORDER AWARDING COMPENSATION FOR FIRST INTERIM ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP, AS COUNSEL FOR THE DEBTORS**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

10/21/10

Case Nos. 09-30759 and 09-30760 (DHS) – Jointly Administered
Order Awarding Compensation for First Interim Allowance of Fees and Reimbursement of
Expenses to Riker, Danzig, Scherer, Hyland & Perretti LLP, as Counsel for the Debtors
Page 2 of 2

THIS MATTER having been opened to the Court pursuant to the First Interim Fee Application dated September 16, 2010, (the "Application") of Riker, Danzig, Scherer, Hyland & Perretti LLP ("Riker Danzig"), as counsel for the Debtors, and the Court having read and considered the Application; and for good cause shown,

IT IS ORDERED that the following awards of interim compensation be, and the same are hereby, APPROVED:

| APPLICANT | FEES | DISBURSEMENTS | TOTAL |
| --- | --- | --- | --- |
| Riker Danzig, Scherer, Hyland & Perretti LLP | $279,992.50 | $12,663.63 | $292,586.13 |

and it is further

ORDERED that the Debtors be, and hereby are, AUTHORIZED to pay the amounts awarded herein.

4058838.3