UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re  Cecere Associates, L.L.C.                                  Case No. 09-30759 (DHS)
    Debtor                                                         Reporting Period: 8/1/2010 - 8/31/2010

                                                                   Federal Tax I.D. #  20-1531279

**CORPORATE MONTHLY OPERATING REPORT**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | N/A | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | N/A | |
|     Copies of bank statements | | N/A | |
|     Cash disbursements journals | | N/A | |
| Statement of Operations | MOR-2 | N/A | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|     Copies of IRS Form 6123 or payment receipt | | N/A | |
|     Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|     Listing of Aged Accounts Payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | MOR-5 Pt 1 | N/A | |
| Debtor Questionnaire | MOR-5 Pt 2 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _____

Signature of Authorized Individual*: /s/ Michael Cecere    Date    11/7/2010

Printed Name of Authorized Individual: Michael Cecere, Member    Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.