UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re  Cecere Associates, L.L.C.　　　　　　　　　　Case No. 09-30759 (DHS)
　　　Debtor　　　　　　　　　　　　　　　　　　 Reporting Period: 9/1/2010 - 9/30/2010

　　　　　　　　　　　　　　　　　　　　　　　　 Federal Tax I.D. #  20-1531279

**CORPORATE MONTHLY OPERATING REPORT**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | N/A | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | N/A | |
| 　Copies of bank statements | | N/A | |
| 　Cash disbursements journals | | N/A | |
| Statement of Operations | MOR-2 | N/A | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
| 　Copies of IRS Form 6123 or payment receipt | | N/A | |
| 　Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| 　Listing of Aged Accounts Payable | | N/A | |
| Accounts Receivable Reconciliation and Aging | MOR-5 Pt 1 | N/A | |
| Debtor Questionnaire | MOR-5 Pt 2 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor　　　　　　　　　　　　　　　　　　　　　　　　Date

Signature of Authorized Individual*:  /s/ Michael Cecere　　　　　　　　Date　　　11/7/2010

Printed Name of Authorized Individual:  Michael Cecere, Member　　　　Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

| In re | Cecere Associates, L.L.C. | Case No. | 09-30759 (DHS) |
|---|---|---|---|
| | **Debtor** | Reporting Period: | 9/1/2010 - 9/30/2010 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|
| *CURRENT ASSETS* | | |
| Unrestricted Cash and Equivalents | 40,000 | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Other Current Assets *(attach schedule)* | | |
| *TOTAL CURRENT ASSETS* | 40,000 | - |
| *PROPERTY & EQUIPMENT* | | |
| Real Property and Improvements | | |
| Machinery and Equipment | - | Unknown |
| Furniture, Fixtures and Office Equipment | - | Unknown |
| Leasehold Improvements | | |
| Vehicles | | |
| Less: Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | - | - |
| *OTHER ASSETS* | | |
| Amounts due from Insiders* | | |
| Other Assets *(attach schedule)* | - | Unknown |
| *TOTAL OTHER ASSETS* | | |
| *TOTAL ASSETS* | 40,000 | - |
| **LIABILITIES AND OWNER EQUITY** | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable *(refer to FORM MOR-4)* | - | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees (subject to allowance) | 327,191 | |
| Amounts Due to Insiders* | 1,964 | |
| Other Post-petition Liabilities *(attach schedule)* | - | |
| *TOTAL POST-PETITION LIABILITIES* | 329,155 | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt (portion disputed; resolved post-petition 10/09, order 12/09) | 550,000 | 214,000 |
| Priority Debt | 203,453 | |
| Unsecured Debt | 595,500 | 595,500 |
| *TOTAL PRE-PETITION LIABILITIES* | 1,348,953 | 809,500 |
| *TOTAL LIABILITIES* | 1,678,108 | 809,500 |
| *OWNERS' EQUITY* | | |
| Capital Stock | | |
| Member's Deficit | | |
| Advances to Members | | |
| Retained Earnings - Pre-Petition | (1,308,953) | (809,500) |
| Retained Earnings - Post-petition | (1,638,108) | |
| Adjustments to Owner Equity *(attach schedule)* | | |
| Post-petition Contributions *(attach schedule)* | | |
| *NET OWNERS' EQUITY* | (1,638,108) | (809,500) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 40,000 | - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3

**In re** Cecere Associates, L.L.C.  
    **Debtor**

**Case No.** 09-30759 (DHS)  
**Reporting Period:** 9/1/2010 - 9/30/2010

**BALANCE SHEET - continuation section**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| Breach of Contract Actions (settled 10/09; order 12/09) | - | Unknown |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|
| Other Post-petition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner's Equity | | |
| | | |
| | | |
| | | |
| Post-Petition Contributions | | |
| | | |
| | | |
| | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re **Cecere Associates, L.L.C.**　　　　　　　　　　Case No. **09-30759 (DHS)**
　　　　**Debtor**　　　　　　　　　　　　　　　　Reporting Period: **9/1/2010 - 9/30/2010**

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liabi *BOOK VALUE ON PETITION DATE OR SCHEDULED* amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | - | - | - | | | - |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | - | - | - | | | - |
| | | | | | | |
| **Total Taxes** | - | - | - | | | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| Signature of Authorized Individual*: | Current | Date | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | - |
| Wages Payable | | | | | | - |
| Taxes Payable | | | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees (subject to allowance) | 327,191 | | | | | 327,191 |
| Amounts Due to Insiders | 1,964 | | | | | 1,964 |
| Other:_____ | | | | | | - |
| Other:_____ | | | | | | - |
| **Total Post-petition Debts** | 329,155 | - | - | - | - | 329,155 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

Debtor will pay accrued professional fees and real estate taxes upon sale of property and/or confirmation of plan.

In re <u>Cecere Associates, L.L.C.</u>　　　　　　　　　　　　　Case No. <u>09-30759 (DHS)</u>
　　　　**Debtor**　　　　　　　　　　　　　　　　　　Reporting Period: <u>9/1/2010 - 9/30/2010</u>

# DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | x | |

Notes:
　　Debtor is not operating. As a result, it has no DIP accounts.