**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

CECERE ASSOCIATES, L.L.C., and
CECERE REALTY ASSOC., LLC,

               Debtors.

Chapter 11

Jointly Administered
Case Nos. 09-30759 and 09-30760

Hon. Donald H. Steckroth, U.S.B.J.

**REPORT OF DISTRIBUTIONS**
**UNDER CONFIRMED CHAPTER 11 PLAN**

Date of Distribution: 12/14/2010      Date Plan Confirmed: 11/9/2010

Check one:   ☒ Initial Distribution
                ☐ Subsequent Distribution

Will future distributions be made under the Plan:   ☐ Yes   ☒ No

Future distributions will be made to *(check all that apply)*:

☐ Administrative fees and expenses
☐ Secured claims
☐ Priority secured claims
☐ General unsecured creditors
☐ Equity security holders

Anticipated date of next distribution, if known: _____

Percentage dividend to general unsecured creditors:

    Paid in this distribution:                                                3.3  %
    Paid to date:                                                                    3.3  %
    To be paid after all distributions made under Plan:      3.3  %

**Summary of Payments Made in this Distribution:**

| Amount | Description |
|---|---|
| $ _____ | Administrative fees and expenses |
| $ _____ | Secured Claims |
| $ 2,475.31 | Priority Unsecured Claims |
| $ 12,524.69 | General Unsecured Claims |
| $ _____ | Equity Security Holders |
| $ 15,000.00 | TOTAL PAYMENTS IN THIS DISTRIBUTION |

Questions regarding Plan distributions may be directed to:

| | |
|---|---|
| Name: | J. Alex Kress, Esq. |
| Company: | Riker Danzig Scherer Hyland & Perretti LLP |
| Address 1: | Headquarters Plaza |
| Address 2: | One Speedwell Avenue |
| City, State, Zip: | Morristown, New Jersey 07962 |
| Telephone: | (973) 538-0800 |
| Facsimile: | (973) 538-1984 |
| Email: | akress@riker.com |
| Relationship to Plan Proponent: | Disbursing Agent |

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                        RIKER DANZIG SCHERER HYLAND
                        & PERRETTI LLP
                        Disbursing Agent

                        By:    /s/ J. Alex Kress
                                J. Alex Kress

Date: February 4, 2011
Morristown, New Jersey


4109761.1